

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

THOMAS A. JACKSON,

            Plaintiff(s),

Case No. 12-CV-00791-LJO-MJS

v.

OLAM WEST COAST, INC., a Delaware corporation; OLAM TOMATO PROCESSORS, INC., a Delaware corporation; and SK FOODS, L.P., a California limited partnership,

            Defendant(s).

I, <u>Eric A. Boden</u>, attorney for <u>Bradley D. Sharp, Chapter 11 Trustee for Defendant SK FOODS, L.P.</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 140 Broadway, Suite 3100 |
| City: | New York |
| State: | New York    ZIP Code: 10005-1101 |
| Voice Phone: | (212) 973-8015 |
| FAX Phone: | (212) 972-8798 |
| Internet E-mail: | eboden@schnader.com |
| Additional E-mail: | |

I reside in City: __New York__ State: __New York__

I was admitted to practice in __all the courts of the State of New York__ (court) on __May 15, 2007__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: __Gregory C. Nuti__

Firm Name: __Schnader Harrison Segal & Lewis LLP__

Address: __One Montgomery Street, Suite 2200__

_____

City: __San Francisco__

State: __California__   ZIP Code: __94104-5501__

Voice Phone: __(415) 364-6717__

FAX Phone: __(415) 364-6785__

E-mail: __gnuti@schnader.com__

Dated: __8.8.12__   Petitioner: ___[signature]___

**ORDER**

IT IS SO ORDERED.

Dated: 8/9/12

_____
JUDGE, U.S. DISTRICT COURT