

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

THOMAS A. JACKSON,

            Plaintiff(s),

Case No. 12-CV-00791-LJO-MJS

v.

OLAM WEST COAST, INC., a Delaware corporation; OLAM TOMATO PROCESSORS, INC., a Delaware corporation; and SK FOODS, L.P., a California limited partnership,

            Defendant(s).

I, Eric A. Boden, attorney for Bradley D. Sharp, Chapter 11 Trustee for Defendant SK FOODS, L.P., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 140 Broadway, Suite 3100 |
| City: | New York |
| State: | New York   ZIP Code: 10005-1101 |
| Voice Phone: | (212) 973-8015 |
| FAX Phone: | (212) 972-8798 |
| Internet E-mail: | eboden@schnader.com |
| Additional E-mail: | |

I reside in City: <u>New York</u>   State: <u>New York</u>

I was admitted to practice in <u>all the courts of the State of New York</u> (court) on <u>May 15, 2007</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Gregory C. Nuti</u>

Firm Name: <u>Schnader Harrison Segal & Lewis LLP</u>

Address: <u>One Montgomery Street, Suite 2200</u>

City: <u>San Francisco</u>

State: <u>California</u>   ZIP Code: <u>94104-5501</u>

Voice Phone: <u>(415) 364-6717</u>

FAX Phone: <u>(415) 364-6785</u>

E-mail: <u>gnuti@schnader.com</u>

Dated: <u>8·8·12</u>   Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 8/9/12

_____
JUDGE, U.S. DISTRICT COURT

Case 1:12-cv-00791-LJO-MJS    Document 17    Filed 08/08/12    Page 3 of 3