IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A JACKSON, | CASE NO. CV F 12-0791 LJO MJS |
| Plaintiff, | **ORDER TO TAKE MOTIONS UNDER SUBMISSION** |
| vs. | (Docs. 23, 24.) |
| OLAM WEST COAST, INC., et al., | |
| Defendants. / | |

Pursuant to its practice, this Court will consider the pending defense motions on the record and VACATES the October 9, 2012 hearing.  *See* Local Rule 230(c).  Due to having the heaviest district court caseload in the nation and inability to hold to scheduled dates, this Court encourages the parties to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   October 3, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1