# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. JACKSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>OLAM WEST COAST, INC., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 12-0791 LJO MJS<br><br>**ORDER TO TRANSFER ACTION TO BANKRUPTCY COURT** |

To effectuate its October 12, 2012 order (doc. 41), this Court:

1. TRANSFERS this action to the U.S. Bankruptcy Court, Eastern District of California, Sacramento Division;

2. DIRECTS the bankruptcy court clerk for the Sacramento Division to open an adversary proceeding in *In re SK Foods, L.P.,* Case No. 09-29162 for this action;

3. VACATES the judgment (doc. 42) and dismissal of this action for purposes of the transfer to the bankruptcy court; and

4. DIRECTS this Court's clerk to take necessary steps to forward this Court's docket to the bankruptcy court.

IT IS SO ORDERED.

**Dated:   November 1, 2012**                    /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE