**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS A. JACKSON, | CASE NO. CV F 12-0791 LJO MJS |
| Plaintiff, | **ORDER TO TRANSFER ACTION TO BANKRUPTCY COURT** |
| vs. | |
| OLAM WEST COAST, INC., et al., | |
| Defendants. | |

_____/

To effectuate its October 12, 2012 order (doc. 41), this Court:

1.   TRANSFERS this action to the U.S. Bankruptcy Court, Eastern District of California, Sacramento Division;

2.   DIRECTS the bankruptcy court clerk for the Sacramento Division to open an adversary proceeding in *In re SK Foods, L.P.,* Case No. 09-29162 for this action;

3.   VACATES the judgment (doc. 42) and dismissal of this action for purposes of the transfer to the bankruptcy court; and

4.   DIRECTS this Court's clerk to take necessary steps to forward this Court's docket to the bankruptcy court.

IT IS SO ORDERED.

Dated:     **November 1, 2012**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1