IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. JACKSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>OLAM WEST COAST, INC.,<br>et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 12-0791 LJO MJS<br><br>**ORDER TO VACATE HEARING**<br>(Doc. 43.) |

Given this Court's order to transfer this action to the bankruptcy court, this Court:

1. DENIES as moot plaintiff's motion for relief from judgment;

2. VACATES the November 28, 2012 hearing on plaintiff's motion for relief from judgment; and

3. Directs to clerk to term plaintiff's motion for relief from judgment (doc. 44).

This Court will entertain neither opposition nor reply to plaintiff's motion for relief from judgment.

IT IS SO ORDERED.

**Dated:   November 2, 2012**         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE